

ORIGINAL

```
1  J. Andrew Coombs (SBN 123881)
   Annie S. Wang (SBN 243027)
2  J. Andrew Coombs, A P. C.
   517 E. Wilson Ave., Suite 202
3  Glendale, California 91206
   Telephone: (818) 500-3200
4  Facsimile:  (818) 500-3201

5  andy@coombspc.com
   annie@coombspc.com
6
   Attorneys for Plaintiff
7  Adobe Systems Incorporated
```

E-FILING

ADR

Filed
FEB 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C08  00932  PVT

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>　　　　　Plaintiff,<br>v.<br>John Baker and Does 1 – 10, inclusive,<br><br>　　　　　Defendants. | Case No.<br><br>PLAINTIFF'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

**REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: February 13, 2008

J. Andrew Coombs, A Professional Corp.

By: _____
　　J. Andrew Coombs
　　Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

Symantec v. Baker: Declination to Proceed Before Magistrate    - 1 -