UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>    Plaintiff,<br><br>  v.<br><br>John Baker,<br><br>    Defendant._____/ | No. C08-00932<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for June 3, 2008 before the Honorable Judge Patricia V. Trumbull has been vacated.

Dated: February 15, 2008                              RICHARD W. WIEKING,
                                                                        United States District Court


                                                                         */s/ Patty Cromwell*
                                                                        By: Patty Cromwell
                                                                        Courtroom Deputy Clerk to
                                                                        Magistrate Judge Patricia V. Trumbull

1 THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3 J. Andrew Coombs    andy@coombspc.com, jeremy@coombspc.com

4 Annie S Wang    annie@coombspc.com, andy@coombspc.com

**United States District Court**
For the Northern District of California