**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

## February 15, 2008

**CASE NUMBER:  CV 08-00932 PVT**
**CASE TITLE:  ADOBE SYSTEMS INCORPORATED-v-JOHN BAKER, ET AL.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Case reassigned to the Honorable Vaughn R. Walker** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **VRW** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 02/13/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                              Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies         Special Projects
Log Book Noted                                     Entered in Computer 02/15/08 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                           Transferor CSA