**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, | No. C 08-0932 VRW |
| Plaintiff, | **SECOND** |
| v. | **CLERK'S NOTICE** |
| JOHN BAKER, | |
| Defendant._____/ | |

(Plaintiff is required to serve a copy of this notice, and file proof of service with the Court, on any party in this action not appearing on the Notice of Electronic Filing and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT DUE TO COURT'S UNAVAILABILITY; the Case Management Conference presently scheduled for June 5, 2008 shall be **continued to June 26, 2008 at 3:30 p.m.** To prepare for the conference, the parties shall review and comply in all respects with the requirements of Civil L.R. 16-9 & L.R. 16-10. A joint case management statement must be filed one week prior to the conference. Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: May 12, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*
Cora Klein, Courtroom Deputy Clerk to
Chief Judge Vaughn Walker