## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On May 13, 2008, I served on the interested parties in this action with the:

- **SECOND CLERK'S NOTICE**

for the following civil action:

<u>Adobe Systems Incorporated v. John Baker, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

John Baker
860 Carriage Lane, #3
Palatine, IL 60074

Place of Mailing: Glendale, California
Executed on May 13, 2008, at Glendale, California

_____
Katrina Bartolome