J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

John Baker
860 Carriage Lane, #3
Palatine, Illinois  60074

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>              Plaintiff,<br>v.<br><br>John Baker and Does 1 – 10, inclusive,<br><br>              Defendants. | Case No. C08-932 VRW<br><br>JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

PLAINTIFF, Adobe Systems Incorporated ("Adobe" or "Plaintiff") by and through its counsel of record, Annie S. Wang, of J. Andrew Coombs, A P.C., and Defendant John Baker ("Defendant"), *in pro se*, hereby stipulate and agree as follows:

WHEREAS the Court continued the Case Management Conference in the above-captioned matter to June 26, 2008, at 3:30 p.m.;

WHEREAS Adobe and the Defendant are discussing settlement meaningfully to resolve the claims alleged in the Complaint herein;

WHEREAS the continuance will allow the Parties to continue their settlement dialogue;

WHEREAS there have been no prior continuances requested by the Parties; and

1
2          NOW, THEREFORE, Adobe and the Defendants stipulate and agree that the Case
3  Management Conference in the above captioned matter be continued until August 28, 2008, or a
4  date thereafter acceptable to the Court, and all associated dates continued accordingly.

5  DATED: June__, 2008                           J. Andrew Coombs, A Professional Corp.
6
7                                                By: /s/ Annie S. Wang
                                                     J. Andrew Coombs
8                                                    Annie S. Wang
                                                 Attorneys for Plaintiff Adobe Systems Incorporated
9
10 DATED: June__, 2008                           John Baker
11
12                                               By: [signature]
                                                     John Baker
13                                               Defendant, *in pro se*

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Adobe v. Baker, et al.: Joint Stip. to Cont. CMC          -2-

# **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On June 12, 2008, I served on the interested parties in this action with the:

- **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

- **[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

for the following civil action:

Adobe Systems Incorporated v. John Baker, et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

John Baker
860 Carriage Lane, #3
Palatine, IL 60074

Place of Mailing: Glendale, California
Executed on June 12, 2008, at Glendale, California

_____
Katrina Bartolome

1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:   (818) 500-3200
5  Facsimile:    (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7
   John Baker
8  860 Carriage Lane, #3
   Palatine, Illinois  60074
9
   Defendant, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| Adobe Systems Incorporated, | ) | Case No. C08-932 VRW |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| v. | ) | |
| John Baker and Does 1 – 10, inclusive, | ) | |
| Defendants. | ) | |

On or about May 12, 2008, the Court continued the Case Management Conference to June 26, 2008, at 3:30 p.m.

The Parties thereafter filed their joint request to continue the Case Management Conference to allow them to continue to discuss settlement of the claims alleged in the Complaint.

Adobe v. Baker, et al.: [Proposed] Order Granting Continuance of Case Management Conference    - 1 -

1        In light of the request, and good cause being shown, the Case Management Conference

2  currently on calendar for June 26, 2008, at 3:30 p.m. is continued until _____, at

3  _____, and all associated dates continued accordingly.

4  IT IS SO ORDERED.

5

6  Dated:                                                   _____

7                                                   Hon. Vaughn R. Walker
                                                 Chief Judge, United States District Court, Northern
8                                                   District of California

9  PRESENTED BY:

10  J. Andrew Coombs, A Professional Corp.

11

12  By:   /s/ Annie S. Wang
           J. Andrew Coombs
           Annie S. Wang
13  Attorneys for Plaintiff Adobe Systems
Incorporated
14

15  John Baker

16

17  By: _____
     John Baker
18  Defendant, *in pro se*

Adobe v. Baker, et al.: [Proposed] Order Granting Continuance of   - 2 -
Case Management Conference

**PROOF OF SERVICE**

      I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

      On June 12, 2008, I served on the interested parties in this action with the:

- **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

- **[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

for the following civil action:

<u>Adobe Systems Incorporated v. John Baker, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

John Baker
860 Carriage Lane, #3
Palatine, IL 60074

Place of Mailing: Glendale, California
Executed on June 12, 2008, at Glendale, California

_____
Katrina Bartolome