J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

John Baker
860 Carriage Lane, #3
Palatine, Illinois  60074

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>             Plaintiff,<br>v.<br><br>John Baker and Does 1 – 10, inclusive,<br><br>             Defendants. | Case No. C08-932 VRW<br><br>[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

On or about May 12, 2008, the Court continued the Case Management Conference to June 26, 2008, at 3:30 p.m.

The Parties thereafter filed their joint request to continue the Case Management Conference to allow them to continue to discuss settlement of the claims alleged in the Complaint.

Adobe v. Baker, et al.: [Proposed] Order Granting Continuance of      - 1 -
Case Management Conference

In light of the request, and good cause being shown, the Case Management Conference currently on calendar for June 26, 2008, at 3:30 p.m. is continued until ___August 28, 2008___, at ___3:30 PM___, and all associated dates continued accordingly.

IT IS SO ORDERED.

Dated: June 17, 2008

_____
Hon. Vaughn R. Walker
Chief Judge, United States District Court, Northern
District of California

GRANTED
Judge Vaughn R Walker

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: __/s/ Annie S. Wang__
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

John Baker

By: __[signature]__
    John Baker
Defendant, *in pro se*

Adobe v. Baker, et al.: [Proposed] Order Granting Continuance of Case Management Conference    - 2 -

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On June 12, 2008, I served on the interested parties in this action with the:

- **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

- **[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

for the following civil action:

Adobe Systems Incorporated v. John Baker, et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

John Baker
860 Carriage Lane, #3
Palatine, IL 60074

Place of Mailing: Glendale, California
Executed on June 12, 2008, at Glendale, California

_____
Katrina Bartolome