J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

John Baker
860 Carriage Lane, #3
Palatine, Illinois 60074

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>                  Plaintiff,<br>  v.<br><br>John Baker, Chi Ali a/k/a Chia Liua a/k/a<br>Charles Michael and Does 2 – 10, inclusive,<br><br>                  Defendants. | Case No. C08-932 VRW<br><br>JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

PLAINTIFF, Adobe Systems Incorporated ("Adobe" or "Plaintiff") by and through its counsel of record, Annie S. Wang, of J. Andrew Coombs, A P.C., and Defendant John Baker ("Defendant"), *in pro se*, hereby stipulate and agree as follows:

WHEREAS the Court continued the Case Management Conference in the above-captioned matter to October 9, 2008, at 3:30 p.m.;

WHEREAS Adobe filed its First Amended Complaint on September 22, 2008, and is currently awaiting a summons to be issued as to the newly added defendant so that service can be effected;

WHEREAS Adobe and the Defendant are discussing settlement meaningfully to resolve the claims alleged in the First Amended Complaint herein;

Adobe v. Baker, et al.: Joint Stip. to Cont. CMC       - 1 -

WHEREAS the continuance will allow Plaintiff to serve the newly added defendant;

WHEREAS the continuance will also allow Adobe and Defendant Baker to continue and finalize their settlement dialogue;

NOW, THEREFORE, Adobe and the Defendant stipulate and agree that the Case Management Conference in the above captioned matter be continued until January 22, 2009, or a date thereafter acceptable to the Court, and all associated dates continued accordingly.

DATED: September 29, 2008            J. Andrew Coombs, A Professional Corp.

                                     By: _____
                                         J. Andrew Coombs
                                         Annie S. Wang
                                     Attorneys for Plaintiff Adobe Systems Incorporated

DATED: September __, 2008            John Baker

                                     By: _____
                                         John Baker
                                     Defendant, *in pro se*

Adobe v. Baker, et al.: Joint Stip. to Cont. CMC              - 2 -

# **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On September 29, 2008, I served on the interested parties in this action with the:

- **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

- **[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

for the following civil action:

Adobe Systems Incorporated v. John Baker, et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

John Baker
860 Carriage Lane, #3
Palatine, IL 60074

Place of Mailing: Glendale, California
Executed on September 29, 2008, at Glendale, California

_____
Katrina Bartolome

J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

John Baker
860 Carriage Lane, #3
Palatine, Illinois 60074

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated, ) | Case No. C08-932 VRW |
| Plaintiff, ) | [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| v. ) | |
| John Baker, Chi Ali a/k/a Chia Liua a/k/a Charles Michael and Does 2 – 10, inclusive, ) | |
| Defendants. ) | |

      On or about July 2, 2008, the Court continued the Case Management Conference to October 9, 2008, at 3:30 p.m.

      On or about September 22, 2008, Plaintiff filed its First Amended Complaint adding a defendant.

      Plaintiff and Defendant Baker thereafter filed their joint request to continue the Case Management Conference in light of the amendment and pending service on the newly added defendant, and also to allow Plaintiff and Defendant Baker to continue to discuss and finalize settlement of the claims alleged in the First Amended Complaint.

Adobe v. Baker, et al.: [Proposed] Order Granting Continuance of Case Management Conference    - 1 -

1  In light of the request, and good cause being shown, the Case Management Conference
2  currently on calendar for October 9, 2008, at 3:30 p.m. is continued until January 22, 2009,
3  at 3:30 p.m., and all associated dates continued accordingly.
4  IT IS SO ORDERED.
5
6  Dated: 9/30/08
7  _____
   Hon. Vau[...]
   Chief Jud[...]
8  District o[...] Northern
                                                                    Judge Vaughn R Walker
9  PRESENTED BY:
10 J. Andrew Coombs, A Professional Corp.

11
   By: _____
12      J. Andrew Coombs
        Annie S. Wang
13 Attorneys for Plaintiff Adobe Systems
   Incorporated
14

15 John Baker

16
   By: _____
17      John Baker
18 Defendant, in pro se

19
20
21
22
23
24
25
26
27
28

Adobe v. Baker, et al.: [Proposed] Order Granting Continuance of    - 2 -
Case Management Conference

*GRANTED*

# **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On September 29, 2008, I served on the interested parties in this action with the:

- **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

- **[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

for the following civil action:

Adobe Systems Incorporated v. John Baker, et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

John Baker
860 Carriage Lane, #3
Palatine, IL 60074

Place of Mailing: Glendale, California
Executed on September 29, 2008, at Glendale, California

_____
Katrina Bartolome